United States District Court
Southern District of Texas
**ENTERED**
June 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SELENE TREVINO, LORENA DELEON, SANDY GONZALEZ, ELIDA GOMEZ, DIANA GARCIA, BRENDA REYES And MAURICIO CALDERON, | § | |
| Plaintiffs, | | |
| V. | § | CIVIL ACTION NO. 4:18-cv-2117 |
| TAQUERIA ARANDAS NO. 38, INC. And JOSE ABRAM ROMERO, Defendants. | § | JURY DEMANDED |

## FINAL JUDGMENT

On May 17, 2021, the above matter was called to trial. The Court qualified and seated a jury of seven. On that same day, the parties submitted their evidence and made their jury arguments. The jury reached a verdict, which is recorded in the Court's records at Docket No. 56. In accordance with the findings of the jury, the Court finds that a Final Judgment should be entered in favor of the Plaintiffs, Selene Trevino, Lorena Deleon, Sandy Gonzalez, Elida Gomez, Diana Garcia, and Brenda Reyes, against Defendants, Taqueria Arandas No. 38, Inc. and Jose Abram Romero. It is therefore ORDERED that Plaintiffs will recover from Defendants Taqueria Arandas No. 38, Inc. and Jose Abram Romero, jointly and severally:

- $26,989.50 in unpaid minimum wages for Selene Trevino;
- $26,989.50 in liquidated damages on the minimum wages for Selene Trevino;
- $6,352.83 in unpaid overtime wages for Selene Trevino;
- $6,352.83 in liquidated damages on unpaid overtime for Selene Trevino;
- $19,019.00 in unpaid minimum wages for Lorena DeLeon;
- $19,019.00 in liquidated damages on the minimum wages for Lorena DeLeon;
- $2,796.74 in unpaid overtime wages for Lorena DeLeon;

- $2,796.74   in liquidated damages on unpaid overtime for Lorena DeLeon;
- $21,014.00  in unpaid minimum wages for Sandy Gonzalez;
- $21,014.00  in liquidated damages on the minimum wages for Sandy Gonzalez;
- $3,999.93   in unpaid overtime wages for Sandy Gonzalez;
- $3,999.93   in liquidated damages on unpaid overtime for Sandy Gonzalez;
- $16,848.88  in unpaid minimum wages for Elida Gomez;
- $16,848.88  in liquidated damages on the minimum wages for Elida Gomez;
- $2,591.76   in unpaid overtime wages for Elida Gomez;
- $2,591.76   in liquidated damages on unpaid overtime for Elida Gomez;
- $16,667.75  in unpaid minimum wages for Diana Garcia;
- $16,667.75  in liquidated damages on the minimum wages for Diana Garcia;
- $3,800.29   in unpaid overtime wages for Diana Garcia;
- $3,800.29   in liquidated damages on unpaid overtime for Diana Garcia;
- $3,249.00   in unpaid minimum wages for Brenda Reyes;
- $3,249.00   in liquidated damages on the minimum wages for Brenda Reyes;
- $142.60     in unpaid overtime wages for Brenda Reyes;
- $142.60     in liquidated damages on unpaid overtime for Brenda Reyes;
- $64,065.00 for reasonable and necessary attorney's fees based on 125.3 hours for Josef F. Buenker at an hourly rate of $500, which this Court finds to be reasonable, and 2.0 hours for Vijay A. Pattisapu at an hourly rate of $400, which this Court finds to be reasonable; and
- $1,100.00 for court costs.

Additionally, this Court retains jurisdiction over enforcing this judgment and any future attorney's fees and costs incurred by Plaintiffs, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

All relief not granted herein is denied.

SIGNED on _June 16_, 2021.

_____
**HONORABLE VANESSA GILMORE,**
**UNITED STATES DISTRICT JUDGE**